UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN THE MATTER OF THE COMPLAINT

    of

TAPPAN ZEE CONSTRUCTORS, LLC,
as owner of 2007 Lobell Boat, Serial Number
L0A11504J607, FOR EXONERATION FROM
OR LIMITATION OF LIABILITY,

                    Petitioner.
-------------------------------------------------------x

Case No. 1:17-cv-168 (MAD/CFH)

**CLAIMANT'S MOTION TO VACATE INJUNCTION AGAINST CLAIMANT AND LIFT THE STAY OF STATE COURT ACTION ALLOWING CLAIMANT TO PROCEED WITH THE STATE COURT ACTION**

NOW COMES CLAIMANT, TIMOTHY MARION, by and through his attorney, Steven M. Melley, Esq. of Steven M. Melley, PLLC, who now moves this Court pursuant to Federal Rule F of the Federal Rules of Civil Procedure, granting this motion for the following relief:

To:

1. Accept as satisfactory the Claimant's Stipulations, dated the 18th day of April, 2017, and filed with this Court on April 18, 2017 remove, vacate and otherwise terminate the Order of this Honorable Court, dated March 17, 2017, which enjoined and stayed the action between Claimant, Timothy Marion, and Petitioner, TMZ Constructors, LLC, *et al.*, pending in the Supreme Court of the State of New York in and for the County of Ulster, Index No. 2180/2016 and, to

2. Remove, vacate and otherwise terminate the prior Order of this Honorable Court, dated, March 17, 2017, which enjoined the Claimant, Timothy Marion from pursuing his claims against Petitioner herein, TMZ Constructors, LLC, et. al., and lift the stay of the State Court

action filed under Index No. 2180/2016 in the Supreme Court of the State of New York in and for the County of Ulster; and, to

3. Reserving to this Honorable Court, the exclusive jurisdiction to entertain and complete all issues concerning this Limitation Action/Proceeding to Exonerate Petitioner from Liability and/or to Limit its Liability pursuant to 46 U.S.C ss 30501, *et seq.*, and Supplemental Rule F of the federal rules of civil procedure.

Dated: April 28, 2017
      Rhinebeck, New York

                                 STEVEN M. MELLEY, PLLC

                                 By:    Steven M. Melley, Esq. (Bar #: 103744)
                                        *Attorneys for Claimant*
                                        TIMOTHY MARION
                                        24 Closs Drive
                                        Rhinebeck, New York   12572
                                        (845) 876-4057

To:    Brendan E. McKeon, Esq.
       Flicker, Garelick & Associates, LLP
       *Attorneys for Petitioner*
       45 Broadway
       New York, New York   10006
       (212) 319-5240