## CERTIFICATE OF SERVICE

Steven M. Melley, an attorney duly admitted to practice before this Honorable Court, affirms on this ___ day of May, 2017, that he served a true copy of the foregoing, by CM/ECF and email, to:

Brendan E. McKeon, Esq.
Flicker, Garelick & Associates, LLP
*Attorneys for Petitioner*
45 Broadway
New York, New York   10006

Steven M. Melley